the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiffs was sustained.

**No. 65337.**—Arnart Imports, Inc. *v.* United States, protest 60/18286 (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

**No. 65338.**—Capitol Wine & Spirit Corp. et al. *v.* United States, protests 45855–K, etc. (New York).

Opinion by RICHARDSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

**No. 65339.**—Advance Distributing Co. and W. R. Zanes & Company et al. *v.* United States, protests 60/2215, etc. (Galveston).

Opinion by RICHARDSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MARCH 29, 1961

**No. 65340.**—Raleigh Industries of America, Inc. *v.* United States, protest 312618–K (Minneapolis).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65341.—Metasco, Inc., et al. *v.* United States, protests 60/7484–11286, etc. (Chicago).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65342.—American Machine & Foundry Co., Hercules Division, et al. *v.* United States, protests 60/19753, etc. (Portland, Oreg.).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65343.—F. B. Vandegrift & Co., Inc. *v.* United States, protests 309084–K and 313785–K (Philadelphia).

Opinion by Lawrence, J. In accordance with oral stipulation of counsel that the merchandise consists of electrical lamps designed for use and used only on bicycles and that the bicycles cannot be operated efficiently and safely at night on highways without such or similar lamps, the claim of the plaintiff was sustained.